Dismissed and Memorandum Opinion filed September 15, 2011.



 



In The

 

Fourteenth Court of
Appeals

                                                                                          



NO. 14-11-00563-CV



 

St. John’s EMS, Anaconi
Rodriguez, and Ronnie Tovar,
Appellants

V.

Guillermo Gomez, Appellee

 



On Appeal from the 55th District
Court

Harris County, Texas

Trial Court Cause No. 2010-05073



 

MEMORANDUM  OPINION

 

This is an appeal from a judgment signed June 1, 2011. 
On September 1, 2011, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Brown, Boyce, and McCally.